IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 22 PM 4:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>)<br>) 04-2775-B/P |
| MIRABILE INVESTMENT CORPORATION and OLIVE OIL ASSOCIATES d/b/a POPEYE'S CHICKEN AND BISCUIT RESTAURANT, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PROTECTIVE ORDER

This protective order is entered for good cause shown in Plaintiff and Defendants' Joint Motion for a Protective Order.

Plaintiff has requested discovery concerning Defendants' net worth and related financial information. Defendants' net worth and related financial information is confidential commercial information which is entitled to protection in accordance with Fed. R. Civ. P. 26(c).

All documents and information concerning Defendants' net worth and related financial information (hereafter "the Confidential Information") shall be treated confidentially during this lawsuit, and shall not be revealed by Plaintiff. The Confidential Information may only be reviewed by Plaintiff's attorneys and their employees. The Confidential Information may, however, be used for presentation as proof during the trial of this lawsuit unless there is an objection to such use which is sustained by the Court, or an order by the Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05



prohibiting such use. Immediately after the conclusion of all proceedings in this case, Plaintiff shall deliver to Defendants' attorneys the originals and all copies of the Confidential Information, and shall destroy any other references to the Confidential Information in all other documents in Plaintiff's possession and under Plaintiff's control.

SO ORDERED this 22 day of April, 2005.

**TU M. PHAM**
U. S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02775 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT