IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 04-2775-B/P |
| MIRABILE INVESTMENT CORPORATION d/b/a POPEYE'S CHICKEN AND BISCUIT RESTAURANT, ) ) ) ) | |
| Defendant. ) | |

## ORDER EXTENDING DISCOVERY COMPLETION DEADLINE

Plaintiff and Defendant have jointly requested a brief extension of the deadline for discovery completion in this case. The current discovery completion deadline is May 6, 2005.

For good cause shown, the discovery completion deadline in this case is extended until May 18, 2005. This extension will not affect any of the other deadlines, or the trial setting, in this case.

SO ORDERED this 5 day of May, 2005.

TU M. PHAM
U. S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-6-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02775 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT