IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    Plaintiff,

v.                                        Civil action No. 04 2775 BP

**MIRABILE INVESTMENT CORPORATION,**
**et al,**

    Defendants.

## ORDER PERMITTING REPLY BRIEF

Before the Court is Defendants', Mirabile Investment Corporation, et al's ("Defendants") motion for leave to file a reply to Plaintiff, Equal Employment Opportunity Commission's Response to Defendants' Motion to Dismiss. Plaintiff does not oppose the motion. The Court has considered the arguments set forth in Defendants' motion and find that good cause has been shown to allow Defendants to file a reply. Accordingly, the Court hereby GRANTS Defendants' motion for leave to file a reply.

Signed, this the 9th day of May, 2005.

                                                                Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02775 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT