# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 25 PM 3: 34
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>MIRABILE INVESTMENT CORPORATION and OLIVE OIL ASSOCIATES d/b/a POPEYE'S CHICKEN AND BISCUIT RESTAURANT,<br><br>  Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br>CASE NO: 2:04-2775-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Decree entered on July 21, 2005, this cause is hereby dismissed.

APPROVED:

_/s/ J. Daniel Breen_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

7/25/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_/s/ Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

(28)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02775 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

G. Patrick Arnoult
THE BOGATIN LAW FIRM
1661 International Place Dr.
Suite 300
Memphis, TN 38120

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT